STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE KNIGHT, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael Blacker* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. George B. Campen* for the respondent.

May 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN H. FULLER, DEFENDANT-PETITIONER.

*Mr. John Henry Fuller in propria persona.*

*Mr. James A. Tumulty, Jr.* and *Mr. James G. Lepis* for the respondent.

May 13, 1969. Denied.

GEORGE PARKER, PLAINTIFF, v. ONE BROADWAY, INC., DEFENDENT-PETITIONER, AND PATENT SCAFFOLD-ING CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Lewis, Siegel & Wood* and *Mr. Howard G. Golden* for the petitioner.

*Messrs. Taylor, Bischoff, Neutze & Williams* and *Messrs. Moss & Powell* for the respondents.

May 13, 1969. Denied.